# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **LOGITRAQ, LLC,**<br><br>                Plaintiff,<br>v.<br><br>**ABF FREIGHT SYSTEM, INC.,**<br><br>                Defendant. | Case No. 6:14-cv-953<br><br>**CONSOLIDATED CASE**<br><br>**LEAD CASE** |
| **LOGITRAQ, LLC,**<br><br>                Plaintiff,<br>v.<br><br>**HELENA CHEMICAL COMPANY,**<br><br>                Defendant. | Case No. 6:14-cv-964<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF LOGITRAQ, LLC AND DEFENDANT HELENA CHEMICAL COMPANY

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff Logitraq, LLC ("Logitraq") and Defendant Helena Chemical Company ("Helena"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by Logitraq against Helena are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 12th day of May, 2015.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE